ACCEPTED
01-15-00222-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/3/2015 1:04:49 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-15-00222-CR

| | | |
|---|---|---|
| GARY JAMES COX,<br>Appellant | §<br>§<br>§<br>§ | IN THE COURT OF APPEALS |
| v. | §<br>§ | |
| THE STATE OF TEXAS<br>Appellee | §<br>§<br>§ | FIRST DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/3/2015 1:04:49 PM
CHRISTOPHER A. PRINE
Clerk

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT:

COMES NOW, Appellant, GARY JAMES COX, in the above captioned matter, and requests this Court to extend the time to file his brief in this matter and for good cause would show the Court as follows:

Appellant timely filed Notice of Appeal, docketing statement, Requests for Clerk's Record, and Requests for Reporter's Record. Appellant requests this Honorable Court to extend the deadline for filing the brief for thirty (30) days. In the last thirty days, attorney for Appellant:

1.  Has finished reviewing the Clerk's Record and Reporter's Record for the appeal;

2.  Prepared for trial in the matter of State of Texas v. Freddie Savage, cause number 13CR2324 and it is currently set for trial on July 20, 2015, in the 212th District Court, Galveston County, Texas;

3.  Preparing for trial in the matter of United States v. Johnny Jones, Cause No. H-15-267-4, Southern District of Texas, which is currently set for trial on July 20, 2015;

4.  Has been attending to numerous other matters and daily dockets.

Counsel for Appellant requests this Court to grant Appellant an extension of time to file his brief until August 7, 2015. This requests is not made for delay but in the interests of justice. Appellant's brief is due on July 8, 2015. This is Appellant's Second Motion for Extension of Time to File Brief.

WHEREFORE, PREMISES CONSIDERED, Appellant requests Joel H. Bennett this Court grant an extension of time to file his brief until August 7, 2015.

Respectfully submitted,

SEARS & BENNETT, LLP

_/s/ Joel H. Bennett_____
JOEL H. BENNETT
Texas State Bar No. 00787069
1100 Nasa Parkway, Suite 302
Houston, Texas 77058
Telephone: (281) 389-2118
Facsimile: (866) 817-5155
joel@searsandbennett.com
ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing instrument has been served upon the Galveston County District Attorney's Office on this the 3rd day of July, 2015 by email to Rebecca Klaren at Rebecca.klaren@co.galveston.tx.us.

_/s/ Joel H. Bennett_____
Joel H. Bennett

CAUSE NO. 01-15-00222-CR

| GARY JAMES COX, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| | § | |
| v. | § | HOUSTON, TEXAS |
| | § | |
| THE STATE OF TEXAS | § | |
| Appellee | § | FIRST DISTRICT |

## ORDER ON APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

On this _____ day of _____, 2015 came on to be heard the above referenced Appellant's Motion for Extension of Time to File Brief and the Court having considered the same is of the opinion of that said Motion is good and should in all things be GRANTED/DENIED.

It is therefore ORDERED, ADJUDGED, AND DECREED that the time for Appellant to file his brief is extended until August 7, 2015.

_____
JUDGE PRESIDING